**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| KRISTINE NAVARRO and MARIO NAVARRO, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 4:22-cv-77 ) |
| LEGACY EXPRESS TRUCKING INC., DMC TRUCKING, INC. and LUIS RAMIREZ LOPEZ, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF REMOVAL**

Defendants, Legacy Express Trucking Inc., DMC Trucking, Inc., and Luis Ramirez Lopez (hereinafter referred to collectively as "Defendants"), by counsel, pursuant to the provisions of 28 U.S.C. §§1441(a) and 1446, hereby give notice of the removal of this cause of action from Tippecanoe Superior Court to the United States District Court for the Northern District of Indiana, Lafayette Division, Indiana, and in support thereof, state:

1.     On June 10, 2022, Plaintiffs filed their Complaint for Damages, under Cause No. 79D01-2206-CT-000068 and styled *Kristine Navarro and Mario Navarro v. Legacy Express Trucking Inc., DMC Trucking, Inc., State Farm Mutual Automobile Insurance Company and Luis Ramirez Lopez.* A true and accurate copy of the State Court Record is attached hereto as Exhibit "A".

2.     This litigation involves a motor vehicle accident which occurred on or about July 7, 2021. A true and accurate copy of Plaintiffs' Complaint is attached hereto as Exhibit "B".

3.      Defendants have received service of process with regard to this litigation.

4.      On October 3, 2022, Defendant State Farm Mutual Automobile Insurance Company was dismissed from this cause of action. A true and accurate copy of the Court's order of Partial Dismissal is attached hereto as Exhibit "C".

5.      Plaintiffs Mario Navarro and Kristine Navarro are residents and citizens of the State of Florida.

6.      Defendant Luis Ramirez Lopez is a resident and citizen of the State of Illinois.

7.      Defendant Legacy Express Trucking Inc. is a foreign corporation incorporated and organized under the laws of the State of Illinois with its principal place of business located at 2800 Schweitzer Road, Joliet, Illinois 60436.

8.      Defendant DMC Trucking Inc. is a foreign corporation incorporated and organized under the laws of the State of Illinois with its principal place of business located at 4414 N. Mango Avenue, Chicago, Illinois 60630.

9.      Based on the respective citizenship of the parties in this matter, complete diversity exists in this case.

10.     On September 2, 2022, counsel for Plaintiffs indicated that Plaintiffs are seeking damages in excess of $75,000. Based on Plaintiffs' counsel's email correspondence, it is clear that Plaintiffs' claims exceed the jurisdictional limit of $75,000, exclusive of interest and costs. A true and accurate copy of Plaintiffs' counsel's September 2, 2022 email correspondence is attached hereto as Exhibit "D".

{SECURE Firm/30059/00105/GENERAL/03705384.DOCX }

11.     Therefore, based on all of the foregoing, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) and which is removable pursuant to the provisions of 28 U.S.C. §1441(a) and 28 U.S.C. §1446.

WHEREFORE, for the foregoing reasons, Defendants, Legacy Express Trucking Inc., DMC Trucking, Inc., and Luis Ramirez Lopez, by counsel, respectfully request that the above-enumerated action, now pending against Defendants in the Tippecanoe Superior Court, Tippecanoe County, State of Indiana, be removed to the United States District Court for the Northern District of Indiana, Lafayette Division, Indiana and for all other just and proper relief in the premises.

Respectfully submitted,

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

/s/ Keith A. Gaston, Esq.
Keith A. Gaston, Esq., #7069-49
Bradley M. Owen, Esq., #32711-32
Bruce D. Jones, Esq., #28624-29

*Counsel for Defendants, Legacy Express Trucking Inc., DMC Trucking, Inc., and Luis Ramirez Lopez*

3077 E. 98th Street, Suite 280
Indianapolis, IN  46280
Ph:     (317) 816-0300
Fax:    (317) 816-1604
kgaston@cmlawfirm.com
bowen@cmlawfirm.com
bjones@cmlawfirm.com

{SECURE Firm/30059/00105/GENERAL/03705384.DOCX }

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October 2022, a copy of the foregoing was filed electronically.   Notice of this filing will be sent to the following parties by U.S. Mail, postage pre-paid:

Charles B. Hubley, Esq.
Alexander J. Limontes, Esq.
50 S. Meridian Street, Suite 600
Indianapolis, IN 46204-3680


/s/ Keith A. Gaston, Esq.

{SECURE Firm/30059/00105/GENERAL/03705384.DOCX }